# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON C. LAU,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　Respondent. | NO. CV 06-6989 JSL (FMO)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Feb. 23, 2009.

*Spencer Letts*

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE